Docket: _____

Marrakush Society    v   SUPERIOR COURT OF NEW JERSEY
- BURLINGTON COUNTY VICINAGE
- BURLINGTON COUNTY PROSECUTORS OFFICE
- BURLINGTON COUNTY BAR ASSOCIATION
- NEW JERSEY STATE BAR ASSOCIATION
- PATRICIA RICHMOND LEBON
- ROBERT D. BERNARDI
- MICHAEL LUCIANO

COMPLAINT #: 1429-1430

ATTN: United States District Court For the District of New Jersey

## STATEMENT OF FACTS COMMENCEMENT CAUSE FOR ACTION AFFIDAVIT

**I AFFIRM** that, to the best of my knowledge, information, and reasonable recollection, the accused committed the offenses charged. This Complaint is based upon the following facts and circumstances:

Accused: ROBERT D. BERNARDI
Nationality: UNITED STATES OF AMERICA
License: STATE OF NEW JERSEY
Employer: BURLINGTON COUNTY PROSECUTORS OFFICE

Accused: PATRICIA RICHMOND LEBON
Nationality: UNITED STATES OF AMERICA
License: STATE OF NEW JERSEY
Employer: SUPERIOR COURT OF NEW JERSEY

Accused: MICHAEL LUCIANO
Nationality: UNITED STATES OF AMERICA
License: STATE OF NEW JERSEY
Employer: BURLINGTON COUNTY PROSECUTORS OFFICE

On the Eighteenth day of Dhu'l-Qa'dah, in the year One Thousand Four Hundred and Twenty Nine, Murakush calendar; or the Seventeenth day of November, Two Thousand and Eight, Gregorian calendar; The Accused conspired to and did deprive me of my unalienable

1

rights secured to me by the Constitution and Laws of the United States of America (Hereto Exhibit CV-A).

On the Fourth day of Dhu'l-Hijja, in the year One Thousand Four Hundred and Twenty Nine, Murakush calendar; or the Third day of December, Two Thousand and Eight, Gregorian calendar; The Accused conspired to and did deprive me of my unalienable rights secured to me by the Constitution and Laws of the United States of America (Hereto Exhibit CV-B).

On the Eighteenth day of Dhu'l-Hijja, in the year One Thousand Four Hundred and Twenty Nine, Murakush calendar; or the Seventeenth day of December, Two Thousand and Eight, Gregorian calendar; The Accused conspired to and did deprive me of my unalienable rights secured to me by the Constitution and Laws of the United States of America (Hereto Exhibit CV-C).

On the Twenty Third day of Muharram, in the year One Thousand Four Hundred and Thirty, Murakush calendar; or the Twentieth day of January, Two Thousand and Nine, Gregorian calendar; The Accused conspired to and did deprive me of my unalienable rights secured to me by the Constitution and Laws of the United States of America (Hereto Exhibit CV-D).

On the Tenth day of Rabi II, in the year One Thousand Four Hundred and Thirty, Murakush calendar; or the Sixth day of April, Two Thousand and Nine, Gregorian calendar; The Accused conspired to and did deprive me of my unalienable rights secured to me by the Constitution and Laws of the United States of America (Hereto Exhibit CV-E).

Related Material: Indictment Account: # 08-04-00441-I, {Burlington County Case # 07003405 and File # 2007-3405.

*I am aware of the facts because I am an injured party to this matter.*

*I declare (or certify, verify, or state) under penalty of perjury under the laws of the Murakush Empire and the United States of America that the foregoing is true and correct.*

*Executed on _____ Day of Jumada 1430 M.C. (May 26th, 2009 A.D.).*

By: _____
       Injured Party

SWORN TO AND SUBSCRIBED before me
This _____ day of May, 2009

NAME: _____
I.D.: _____
NOTARY SIGNATURE   I.D.#: 2372475
STATE OF NEW JERSEY 2008-2013
DATE: 5-26-09

3