# CIVIL ACTION WARRANT

WARRANT No. 1429-1430-J

**Marrakush Science Temple ⑦**
Jurisprudence Chamber
Marankokush Principality
Timbuctoo Territory
C/o P.O. Box 2015   NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

**Marrakush Society ⑦**

Vs.

BURLINGTON COUNTY PROSECUTORS OFFICE

Address: 49 Rancocas Road

Mount Holly, NJ 08060

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

**DEFENDANT INFORMATION**
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports:   Summons:   Indictment Account: # 08-04-00441-I, {Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about April 6, 2009

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|

DATE OF INCIDENT: April 6, 2009

_____   _____   _____
Witness                    Witness                     Witness

_____
Injured Party Allograph

OATH: Subscribed and sworn to me this __5__ day of __June__, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL ACTION WARRANT

WARRANT No. 1429-1430-1

**Marrakush Science Temple** ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015     NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

*Marrakush Society* ⑦

Vs.

BURLINGTON COUNTY PROSECUTORS OFFICE

Address: 49 Rancocas Road

Mount Holly, NJ 08060

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

DEFENDANT INFORMATION
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports:   Summons:  Indictment Account: # 08-04-00441-I, (Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about January 20, 2009

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|

DATE OF INCIDENT: January 20, 2009

_____     _____     _____
Witness            Witness            Witness  *[signature: Æmer K.C. El]*

_____
Injured Party Allograph  *[signature]*

OATH: Subscribed and sworn to me this __5__ day of __Jual__, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

**PREPARED BY THE ABORIGINAL LAW FIRM 1430/2009©**

# CIVIL ACTION WARRANT

WARRANT No: 1429-1430-G

**Marrakush Society**

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015    NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

BURLINGTON COUNTY PROSECUTORS OFFICE
Address: 49 Rancocas Road
Mount Holly, NJ 08060

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

DEFENDANT INFORMATION
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports: Summons: Indictment Account: # 08-04-00441-I, {Burlington County Case # 07003405 and File # 2007-3405.

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about December 3, 2008

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|
| DATE OF INCIDENT: | December 3, 2008 |

Witness _____    Witness _____    Witness _/s/_

_/s/ Shyaam M.K. El_
Injured Party Allograph

OATH: Subscribed and sworn to me this _6_ day of _June_, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

**PREPARED BY THE ABORIGINAL LAW FIRM 1430/2009©**

# CIVIL ACTION WARRANT

| WARRANT No. 1429-1430-H | *Marrakush Society*© |
|---|---|
| Marrakush Science Temple ⑦<br>Jurisprudence Chamber<br>Marankokush Principality<br>**Timbuctoo Territory**<br>C/o P.O. Box 2015     NEW JERSEY REPUBLIC [48]<br>Office: 302.691.3319<br>Injured Parties: Æmer Shyaam M.K. El<br>Marrakushsciencetemple@gmail.com | Vs.<br><br>BURLINGTON COUNTY PROSECUTORS OFFICE<br>Address: 49 Rancocas Road<br><br>Mount Holly, NJ 08060 |

| # of CHARGES | CO-DEFTS | POLICY CASE# | DEFENDANT INFORMATION |
|---|---|---|---|
| 3 | 1+ | 1429-1430 | STATUS: STATE OF NEW JERSEY RESIDENT<br>CITIZENSHIP: U.S. CITIZEN |

| ATTN:<br>United States District Court for the District of New Jersey<br>United States Attorney's Office District of New Jersey<br>U.S. Attorney's Office<br>402 East State Street, Room 430<br>Trenton, NJ 08608<br>Cc: United States Department of Justice<br>Office of Attorney General<br>Federal Bureau of Investigation<br>President of the United States of America: Barack Obama | Related Reports:   Summons:  Indictment Account: # 08-04-00441-I,<br>{Burlington County Case # 07003405 and File # 2007-3405. |
|---|---|

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about December 17, 2008

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C.  Chapter 21, Subchapter I, § 1983 |
|---|---|
| DATE OF INCIDENT: | December 17, 2008 |

| Witness | Witness | Witness |
|---|---|---|

Injured Party Allograph

OATH: Subscribed and sworn to me this 5 day of June, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT , TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

Public Notary/ State Officer

**PREPARED BY THE ABORIGINAL LAW FIRM 1430/2009©**

# CIVIL ACTION WARRANT

**WARRANT No. 1429-1430-I**

*Marrakush Society* ©

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015       NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

BURLINGTON COUNTY PROSECUTORS OFFICE

Address: 49 Rancocas Road

Mount Holly, NJ 08060

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

**DEFENDANT INFORMATION**
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports:   Summons:   Indictment Account: # 08-04-00441-I, (Burlington County Case # 07003405 and File # 2007-3405.

By certification or on Oath the complainant says that to the best of his/her knowledge and information on or about November 17, 2008

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|

DATE OF INCIDENT: November 17, 2008

_____ Witness    _____ Witness    _____ Witness

_____ Injured Party Allograph

OATH: Subscribed and sworn to me this 5 day of June, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____ Public Notary/ State Officer

**PREPARED BY THE ABORIGINAL LAW FIRM 1430/2009©**

# CIVIL ACTION WARRANT

| WARRANT No. 1429-1430-A | *Marrakush Society*© |
|---|---|
| Marrakush Science Temple ⑦<br>Jurisprudence Chamber<br>Marankokush Principality<br>**Timbuctoo Territory**<br>C/o P.O. Box 2015   NEW JERSEY REPUBLIC [46]<br>Office: 302.691.3319<br>Injured Parties: Æmer Shyaam M.K. El<br>Marrakushsciencetemple@gmail.com | Vs.<br><br>SUPERIOR COURT OF NEW JERSEY<br>Address: 49 Rancocas Road<br><br>Mount Holly, NJ 08060 |

| # of CHARGES | CO-DEFTS | POLICY CASE# | DEFENDANT INFORMATION |
|---|---|---|---|
| 3 | 1+ | 1429-1430 | STATUS: STATE OF NEW JERSEY RESIDENT<br>CITIZENSHIP: U.S. CITIZEN |

| ATTN:<br>United States District Court for the District of New Jersey<br>United States Attorney's Office District of New Jersey<br>U.S. Attorney's Office<br>402 East State Street, Room 430<br>Trenton, NJ 08608<br>Cc: United States Department of Justice<br>Office of Attorney General<br>Federal Bureau of Investigation<br>President of the United States of America: Barack Obama | Related Reports: Summons: Indictment Account: # 08-04-00441-I, (Burlington County Case # 07003405 and File # 2007-3405. |
|---|---|

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about November 17, 2008

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | |
|---|---|---|
| DATE OF INCIDENT: | November 17, 2008 | |

| Witness | Witness | Witness *[signature]* |
|---|---|---|

*Injured Party Allograph*

OATH: Subscribed and sworn to me this _5_ day of _June_, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

Public Notary/ State Officer

PREPARED BY THE ABORIGINAL LAW FIRM 1430/2009©

# CIVIL ACTION WARRANT

WARRANT No: 1429-1430-B

**Marrakush Society**

Vs.

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015        NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

SUPERIOR COURT OF NEW JERSEY

Address: 49 Rancocas Road

Mount Holly, NJ 08060

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

DEFENDANT INFORMATION
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports:   Summons:   Indictment Account: # 08-04-00441-1, {Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/her knowledge and information on or about December 3, 2008

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | |
|---|---|---|

DATE OF INCIDENT: December 3, 2008

_____    _____    _____
Witness             Witness             Witness

_____
Injured Party Allograph

OATH: Subscribed and sworn to me this __5__ day of __June__, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL ACTION WARRANT

WARRANT No. 1429-1430-C

*Marrakush Society*①

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015   NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

SUPERIOR COURT OF NEW JERSEY

Address: 49 Rancocas Road

Mount Holly, NJ 08060

| # of CHARGES | CO-DEFTS | POLICY CASE# | DEFENDANT INFORMATION |
|---|---|---|---|
| 3 | 1+ | 1429-1430 | STATUS: STATE OF NEW JERSEY RESIDENT  CITIZENSHIP: U.S. CITIZEN |

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

Related Reports: Summons: Indictment Account: # 08-04-00441-I, (Burlington County Case # 07003405 and File # 2007-3405.

By certification or on Oath the complainant says that to the best of his/her knowledge and information on or about December 17, 2008

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|
| DATE OF INCIDENT: | December 17, 2008 |

_____    _____    _____
Witness              Witness              Witness

_____
Injured Party Allograph

OATH: Subscribed and sworn to me this 5 day of June, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL ACTION WARRANT

WARRANT No. 1429-1430-D

*Marrakush Society* ⓘ

Vs.

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015    NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

SUPERIOR COURT OF NEW JERSEY
Address: 49 Rancocas Road

Mount Holly, NJ 08060

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

DEFENDANT INFORMATION
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports: Summons: Indictment Account: # 08-04-00441-I, {Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/her knowledge and information on or about January 20, 2009

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of statutes, ordinances, regulations, customs, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C., Section 14141 | Title 42, U.S.C., Section 1997, |
|---|---|---|

DATE OF INCIDENT: January 20, 2009

Witness      Witness      Witness

*Injured Party Allograph*

OATH: Subscribed and sworn to me this __5__ day of __June__, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ___ day of May in the year 2009 A.D., at the County of Mercer.

Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL ACTION WARRANT

**WARRANT No. 1429-1430-1**

*Marrakush Society*©

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015   NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

SUPERIOR COURT OF NEW JERSEY

Address: 49 Rancocas Road

Mount Holly, NJ 08060

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

**DEFENDANT INFORMATION**
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports: Summons: Indictment Account: # 08-04-00441-I, {Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/her knowledge and information on or about April 6, 2009

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|

DATE OF INCIDENT: April 6, 2009

Witness _____   Witness _____   Witness _Æmer K. C. El_

_____ Injured Party Autograph

OATH: Subscribed and sworn to me this _6_ day of _June_, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____ Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL ACTION WARRANT

WARRANT No: 1429-1430-0

*Marrakush Society*

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015    NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

NEW JERSEY STATE BAR ASSOCIATION
**One Constitution Square**
**New Brunswick, New Jersey 08901-1520**

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

DEFENDANT INFORMATION
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports:  Summons:  Indictment Account: # 08-04-00441-I, {Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about December 3, 2008

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|

DATE OF INCIDENT: December 3, 2008

_____    _____    _____
Witness            Witness            Witness

_____
Injured Party Allograph

OATH: Subscribed and sworn to me this ____day of _____, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL ACTION WARRANT

WARRANT No. 1429-1430-R

*Marrakush Society*©

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015      NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

NEW JERSEY STATE BAR ASSOCIATION
**One Constitution Square**
**New Brunswick, New Jersey 08901-1520**

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

DEFENDANT INFORMATION
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports:  Summons:  Indictment Account: # 08-04-00441-1, {Burlington County Case # 07003405 and File # 2007-3405.

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about December 17, 2008

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | |

DATE OF INCIDENT: December 17, 2008

_____   _____   _____   _Æmer K. El_
Witness        Witness        Witness         Witness

_Æmer MK El_
Injured Party Allograph

OATH: Subscribed and sworn to me this ____ day of _____, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL ACTION WARRANT

**WARRANT NO** 1429-1430-S

*Marrakush Society*

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
Timbuctoo Territory
C/o P.O. Box 2015      NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

NEW JERSEY STATE BAR ASSOCIATION
One Constitution Square
New Brunswick, New Jersey 08901-1520

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

**DEFENDANT INFORMATION**
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports:   Summons:  Indictment Account: # 08-04-00441-I, {Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about January 20, 2009 Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | |
|---|---|---|

DATE OF INCIDENT: January 20, 2009

_____   _____   _____
Witness                    Witness                    Witness

_____
Injured Party Allograph

OATH: Subscribed and sworn to me this __5__ day of __June__, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this _____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL ACTION WARRANT

**WARRANT No. 1429-1430-P**

*Marrakush Society*⊙

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015     NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

NEW JERSEY STATE BAR ASSOCIATION
**One Constitution Square**
**New Brunswick, New Jersey 08901-1520**

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

**DEFENDANT INFORMATION**
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports: Summons: Indictment Account: # 08-04-00441-I, (Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about November 17, 2008

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|

DATE OF INCIDENT: November 17, 2008

_____    _____    _____
Witness                                   Witness                                   Witness

*Injured Party Allograph*

OATH: Subscribed and sworn to me this 5 day of June, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL APPLICATION – MISCONDUCT COMPLAINT

**WARRANT No** 1429-1430-G

*Marrakush Society*©

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015     NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

STATE OF NEW JERSEY BAR ASSOCIATION
Address: 49 Rancocas Road

Mount Holly, NJ 08060

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

**DEFENDANT INFORMATION**
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports:   Summons:   Indictment Account: # 08-04-00441-I,
{Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about November 17, 2008
Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | |
|---|---|---|

DATE OF INCIDENT: November 17, 2008

_____     _____     _____
Witness                 Witness                 Witness

Injured Party Allograph

OATH: Subscribed and sworn to me this ___ day of _June_, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ___ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL APPLICATION – MISCONDUCT COMPLAINT

**WARRANT No. 1429-1430-1**

*Marrakush Society ®*

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015      NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

NEW JERSEY STATE BAR ASSOCIATION
**One Constitution Square**
**New Brunswick, New Jersey 08901-1520**

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

**DEFENDANT INFORMATION**
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports: Summons: Indictment Account: # 08-04-00441-I, {Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/her knowledge and information on or about April 6, 2009 Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

**SEE AFFIDAVIT OF FACT**
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | |
|---|---|---|

DATE OF INCIDENT: April 6, 2009

_____         _____         _____
Witness                            Witness                            Witness

*Injured Party Allograph*

OATH: Subscribed and sworn to me this __6__ day of __June__, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL ACTION WARRANT

WARRANT NO 1429-1430-0

*Marrakush Society*⑦

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015      NEW JERSEY REPUBLIC (46)
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

Vs.

BURLINGTON COUNTY BAR ASSOCIATION

**45 Grant Street**

**Mount Holly, NJ 08060**

| # of CHARGES | CO-DEFTS | POLICY CASE# | DEFENDANT INFORMATION |
|---|---|---|---|
| 3 | 1+ | 1429-1430 | STATUS: STATE OF NEW JERSEY RESIDENT<br>CITIZENSHIP: U.S. CITIZEN |

Related Reports:   Summons:   Indictment Account: # 08-04-00441-1, (Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/her knowledge and information on or about April 6, 2009

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|

DATE OF INCIDENT: April 6, 2009

Witness _____   Witness _____   Witness _(signed)_

_(Injured Party Autograph)_

OATH: Subscribed and sworn to me this __5__ day of __June__, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ___ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

# CIVIL ACTION WARRANT

WARRANT No. 1429-1430-N

*Marrakush Society*©

Vs.

BURLINGTON COUNTY BAR ASSOCIATION

**45 Grant Street**

**Mount Holly, NJ 08060**

Marrakush Science Temple ⑦
Jurisprudence Chamber
Marrankokush Principality
**Timbuctoo Territory**
C/o P.O. Box 2015    NEW JERSEY REPUBLIC [46]
Office: 302.691.3319
Injured Parties: Æmer Shyaam M.K. El
Marrakushsciencetemple@gmail.com

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 3 | 1+ | 1429-1430 |

**DEFENDANT INFORMATION**
STATUS: STATE OF NEW JERSEY RESIDENT
CITIZENSHIP: U.S. CITIZEN
Related Reports:  Summons:  Indictment Account: # 08-04-00441-I, (Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/her knowledge and information on or about January 20, 2009

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|

DATE OF INCIDENT: January 20, 2009

_____   _____   _____
Witness              Witness              Witness

_____
Injured Party Allograph

OATH: Subscribed and sworn to me this 5 day of June, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

**PREPARED BY THE ABORIGINAL LAW FIRM 1430/2009©**

# CIVIL ACTION WARRANT

| WARRANT No: 1429-1430-NJ | *Marrakush Society*© |
|---|---|
| Marrakush Science Temple ⊙ <br> Jurisprudence Chamber <br> Marankokush Principality <br> **Timbuctoo Territory** <br> C/o P.O. Box 2015    NEW JERSEY REPUBLIC [48] <br> Office: 302.691.3319 <br> Injured Parties: Æmer Shyaam M.K. El <br> Marrakushsciencetemple@gmail.com | Vs. <br><br> BURLINGTON COUNTY BAR ASSOCIATION <br><br> **45 Grant Street** <br><br> **Mount Holly, NJ 08060** |

| # of CHARGES | CO-DEFTS | POLICY CASE# | DEFENDANT INFORMATION |
|---|---|---|---|
| 3 | 1+ | 1429-1430 | STATUS: STATE OF NEW JERSEY RESIDENT <br> CITIZENSHIP: U.S. CITIZEN |

Related Reports: Summons: Indictment Account: # 08-04-00441-I, (Burlington County Case # 07003405 and File # 2007-3405.

ATTN:
United States District Court for the District of New Jersey
United States Attorney's Office District of New Jersey
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about December 17, 2008

Within The Concurrent Jurisdiction of The District of New Jersey the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF NEW JERSEY, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 |
|---|---|

DATE OF INCIDENT: December 17, 2008

_____  _____  _____
Witness                         Witness                         Witness

_____
Injured Party Allograph

OATH: Subscribed and sworn to me this 5 day of _____, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ____ day of May in the year 2009 A.D., at the County of Mercer.

_____
Public Notary/ State Officer

**PREPARED BY THE ABORIGINAL LAW FIRM 1430/2009©**