**FORM TO BE USED BY A PRISONER
APPLYING TO PROCEED IN FORMA PAUPERIS**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

Marrakush Society
(Enter above the full name of the plaintiff in this action)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

v.

Superior Court of New Jersey
Burlington County Bar Assoc
New Jersey State Bar Assoc
Burlington County Prosecutors Office

(Enter above the full name of the defendant or defendants in this action)

Civil Action No. _____
(To be supplied by the Clerk of the Court)

I, Marrakush Society, declare that I am the (check appropriate box)
☑ Petitioner / plaintiff / movant     ☐ Other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to prepay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

We are not Prisoners. We Meaning The Marrakush Society. The Marrakush Society is a Sovereign Entity that Represents The Interest of The Marrakush Descendents that were Denationalized, while their Birthrights were stolen rendering them Impoverished within a corporate Jurisdiction

DNJ-ProSe-007-04-(06/98)

# FORM TO BE USED BY A PRISONER
# APPLYING TO PROCEED IN FORMA PAUPERIS

In support of this application, I answer the following questions under the penalty of perjury:

1.     Are you currently incarcerated?      Yes      **(No)**

If "Yes," list dates and places of confinement for the six-month period immediately preceding the filing of this application:

| Dates of Confinement | Place of Confinement |
|---|---|
| | |
| | |

For each institution in which you have been confined for the preceding six months, you must submit a certified copy of your prison account statement and an Account Certification Form (use attached Account Certification Forms).

2.     Are you employed at your current institution?      Yes      **(No)**

    Do you receive any payment or money from your current institution?      Yes      **(No)**

If "Yes," state how much you receive each month: _____

3. In the past 12 months, have you received any money from any of the following sources?

   a. Business, profession, or other self-employment      Yes      **(No)**
   b. Rent payments, interest, or dividends      Yes      **(No)**
   c. Pensions, annuities, or life insurance payments      Yes      **(No)**
   d. Disability or workers compensation payments      Yes      **(No)**
   e. Gifts or inheritances      Yes      **(No)**
   f. Any other sources      Yes      **(No)**

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

_____

_____

3.     Other than your prison account, do you have any cash or checking or savings account?
     Yes      **(No)**

If "Yes," state the total amount: _____

## FORM TO BE USED BY A PRISONER
## APPLYING TO PROCEED IN FORMA PAUPERIS

4. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other property or assets?   Yes   (No)

   If "Yes," please describe: _____

5. List the persons who are dependent on you for support, your relationship to each person and how much you contribute to their support.

   *Marrakush Empire*
   *Ænir Shyaam MK. El*
   *Ænir K.C. El*
   *Fiat Currency is not contributed, but Honor is.*

6. **Authorization and Declaration**

   I, *Marrakush Society*
   (Print or Type Name and Number of Prisoner) *not a prisoner*

   authorize the agency having custody over me to assess, withdraw from my prison account, and forward to the Clerk of the District Court for the District of New Jersey (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to my prison account each month the amount in the account exceeds $10.00, until the $150.00 fee is paid. 28 U.S.C. § 1915(b)(1) and (2).

   I declare under penalty of perjury that the information contained in this application is true and correct.

   5/6/2009
   DATE

   *Signature of Applicant*

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____     _____
Date                                          Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

------------------------------(Cut along dotted line)------------------------------

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____     _____
Date                                          Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

DNJ-ProSe-007-04-(06/98)