# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARRAKUSH SOCIETY** | **ORDER ON APPLICATION** |
| Plaintiff, | **TO PROCEED WITHOUT** |
| | **PREPAYMENT OF FEES** |
| V. | |
| **SUPERIOR COURT OF NEW JERSEY, et. al.** | |
| Defendant. | Case Number: **1:09-cv-3506 (JBS-AMD)** |

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐    GRANTED,  and

   ☐ The clerk is directed to file the complaint, and

   ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

_____

☐    and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _____ day of _____, 2009.

_____
Signature of Judicial Officer

**Hon. Jerome B. Simandle**
Name and Title of Judicial Officer