UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
1 JOHN F. GERRY PLAZA
CAMDEN, NEW JERSEY 08101

NEWARK OFFICE
50 WALNUT STREET
NEWARK, NJ 07101

WILLIAM T. WALSH
Clerk

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: CAMDEN

July 31, 2009

Southern District of Florida
Wilkie D. Ferguson, Jr., U.S. Courthouse
400 North Miami Avenue, Room 8
Miami, FL 33128

Eastern District of New York
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East, Room 1185
Brooklyn, NY 11201-1818

District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210-3002

District of Connecticut
Richard C. Lee U.S. Courthouse
141 Church Street, Room 214
New Haven, CT 06510

New Jersey Office of Attorney Ethics
114 Elm Street
Westfield, NJ 07090-3126

Page Two

        Re: Marrakush Society v. N.J. State Police, et al., 09cv2518 (JBS)
           Marrakush Society v. Pennsville, et al., 09cv2519 (JBS)
           Marrakush Society v. Mount Laurel, et al., 09cv2520 (JBS)
           Marrakush Society v. Westampton, et al., 09cv2521 (JBS)
           Marrakush Society v. Willingboro, et al., 09cv2522 (JBS)
           Shyaam M.K. El v. Ronald Cox, et al., 09cv3371 (JBS)
           Shyaam M.K. El v. Ronald Cox, et al., 09cv3372 (JBS)
           Marrakush Society v. Willingboro, et al., 09cv3392 (JBS)
           Marrakush Society v. Westampton, et al., 09cv3441 (JBS)
           Marrakush Society v. Westampton, et al., 09cv3442 (JBS)
           Marrakush Society v. Pennsville, et al., 09cv3502 (JBS)
           Marrakush Society v. Willingboro, et al., 09cv3503 (JBS)
           Marrakush Society v. Burlington County Jail, et al., 09cv3504 (JBS)
           Marrakush Society v. Mansfield, et al., 09cv3505 (JBS)
           Marrakush Society v. Superior Court, et al., 09cv3506 (JBS)
           Marrakush Society v. Mount Laurel, et al., 09cv3507 (JBS)
           Marrakush Society v. Vineland, et al., 09cv3589 (JBS)
           Marrakush Society v. N.J. State Police, et al., 09cv3590 (JBS)
           Marrakush Society v. Newfield, et al., 09cv3591 (JBS)

To Whom It May Concern:

      By Order of the Court in the above mentioned cases, please be advised as follows for your information. The documents included in this mailing might be related to the following matters: El v State of Delaware, 09-00144 (SLR)(D.Del.); In re El, 09-406(unassigned)(E.D.N.Y.); Aboriginal Law Firm v Bock, 09-80067 (DTKH) (S.D. Fla.); Marrakush Society v. City of Hollywood, Inc. 09-60828 (ASG) (S.D. Fla.); Marrakush Society v Broward Sherriff's Office, 09-60829 (ASG) (S.D. Fla.); Inter-Continental Aboriginal Union Marrakush Society v. CBS Broadcasting, Inc., 09-60830 (ASG) (S.D. Fla.); Inter-Continental Aboriginal Union Marrakush Society v. The Washington Post Company, 09-60831 (UU) (S.D. Fla.), as well as to the activities of the Aboriginal Law Firm in the States of New Jersey, Florida, Massachusetts, New York and Connecticut.

                              Very truly yours,

                              Marcelene M. Barratt
                              Deputy Clerk